UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH MCNEILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHELLE A. KING, | ) | 2:24-CV-22-BO-RJ |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for the issuance of a partially favorable decision, with an established onset date of March 2, 2017.

**This judgment filed and entered on February 10, 2025, and served on:**
Branch W. Vincent, III (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

February 10, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk