IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH MCNEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-00022-BO-RJ |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this _15_ day of _May_, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Branch W. Vincent, III, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $_35,000.00_ (or 25% of Plaintiff's past-due benefits, whichever is less).

Plaintiff's counsel will reimburse Plaintiff any fees he received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_____Terrence Boyle_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE