UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH MCNEILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK BISIGNANO, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **JUDGMENT<br>ON ATTORNEY FEES**<br>2:24-CV-22-BO-RJ |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that Branch W. Vincent, III, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $35,000.00 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiffs counsel will reimburse Plaintiff any fees he received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

**This judgment filed and entered on May 15, 2025, and served on:**
Branch W. Vincent, III (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

May 15, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk